```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790
```

FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> WILLIAM DARNELL MOSLEY, <br>   aka William Roebeck, <br>   aka William Johnson, <br>   aka William King, <br>   aka William Mosley, <br>   aka William Jonson, <br>   aka William Moseley, <br>   aka William Darnell Johnson, <br>   aka Pago Harrison, <br> Defendant. | CR S- 2:08-CR-0175 FCD <br><br> VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |

I N D I C T M E N T

The Grand Jury charges:  T H A T

WILLIAM DARNELL MOSLEY,
aka William Roebeck, aka William Johnson, aka William King, aka William Mosley, aka William Jonson, aka William Moseley, aka William Darnell Johnson, aka Pago Harrison,

defendant herein, on or about February 28, 2008, in the County of Sacramento, State and Eastern District of California, having been convicted of a crime punishable by imprisonment for a term exceeding

1

1  one year, to wit: (1) on or about May 6, 1997, in San Francisco
2  County, in case number 16776900, of a violation of California
3  Vehicle Code Section 10851(a) - auto theft; (2) on or about May 6,
4  1997, in San Francisco County, in case number 16776900, of a
5  violation of California Vehicle Code Section 10851(a) - auto theft;
6  (3) on or about January 6, 1999, in San Francisco County, case
7  number 16928500, of a violation of California Vehicle Code Section
8  10851(a) - auto theft; (4) on or about January 6, 1999, in San
9  Francisco County, case number 16928500, of a violation of California
10 Vehicle Code Section 2800.2 - evading a peace officer; (5) on or
11 about January 6, 1999, in San Francisco County, case number
12 16928500, of a violation of California Penal Code Section 496(a) -
13 receiving stolen property; (6) on or about August 27, 1998, in
14 Sacramento County, case number 98F06257, of a violation of
15 California Vehicle Code Section 10851(a) - auto theft; and (7) on or
16 about December 3, 2001, in Sacramento County, in case number
17 00F06386, of a violation of California Penal Code Section 288a(b)(2)
18 - oral copulation with a person under the age of 16, did knowingly
19 possess a firearm, in and affecting commerce, to wit: one Smith &
20 Wesson, .40 caliber semi-automatic handgun, serial number PBP4989,
21 which had been shipped and transported in interstate and foreign
22 commerce, all in violation of Title 18, United States Code, Section
23 922(g)(1).

24                                          A TRUE BILL.

25                                           /s/ Signature on file w/AUSA

26
27                                          _____
                                            FOREPERSON
28 _____
   McGREGOR W. SCOTT
   United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

### THE UNITED STATES OF AMERICA
*vs.*

### WILLIAM DARNELL MOSLEY,
aka William Roebeck, aka William Johnson, aka William King, aka William Mosley, aka William Jonson, aka William Moseley, aka William Darnell Johnson, aka Pago Harrison

---

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

---

*A true bill,*

/s/
_____
*Foreman.*

*Filed in open court this* _____ 10th \_\_\_ *day*

*of* _____ April \_\_\_, A.D. 20 08 \_\_

_____
*Clerk.*

*Bail, $* **WARRANT: NO BAIL PENDING HEARING**

_____

---

GPO 863 525

2: 08 - CR - 0 1 7 5 FCD

## PENALTY SLIP

**DEFENDANT:**     **WILLIAM DARNELL MOSLEY**

**VIOLATION:**     18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

**PENALTY:**     Not more than $250,000 fine,
Not more than 10 years imprisonment, or both
Not more than 3 years of supervised release

**SPECIAL ASSESSMENT:**     $100.00 for each count