DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM DARNELL MOSLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-08-0175 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| WILLIAM DARNELL MOSLEY, | ) Date:  June 23, 2008 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| | ) |

It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant WILLIAM DARNELL MOSLEY, that the Status Conference hearing date of May 27, 2008, is vacated and a new Status Conference hearing date of June 23, 2008, at 8:30 a.m. is hereby set.

This continuance is requested because defense counsel is conducting investigation and awaiting additional discovery from the government.

It is further stipulated that the period from May 27, 2008,

1  through and including June 23, 2008, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated:  May 22, 2008                Respectfully submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Defender
6

7
                                         /s/ Mary M. French
8                                      MARY M. FRENCH
                                       Supervising Assistant
9                                      Federal Defender
                                       Attorney for Defendant
10                                     WILLIAM DARNELL MOSLEY

11
   Dated:  May 22, 2008                MCGREGOR W. SCOTT
12                                     United States Attorney

13
                                       /s/  Mary M. French for
14                                          William Wong

15                                     _____
                                       WILLIAM WONG
                                       Assistant U.S. Attorney
16                                     per telephonic authorization

17

18
   IT IS SO ORDERED.
19
   Dated: May 22, 2008
20                                     _____
                                       FRANK C. DAMRELL, JR.
21                                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

   Stipulation and Order              -2-