DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM DARNELL MOSLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-08-0175 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| WILLIAM DARNELL MOSLEY, ) | Date: November 17, 2008 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |

It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant WILLIAM DARNELL MOSLEY, that the Status Conference hearing date of October 20, 2008, be vacated and a new Status Conference hearing date of November 17, 2008, at 10:00 a.m. be set.

This continuance is requested because the parties are attempting to resolve the case but need additional time to examine the defendant's criminal history.

///

1     It is further stipulated that the period from October 20, 2008,
2 through and including November 17, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: October 16, 2008         Respectfully submitted,

6                                 DANIEL J. BRODERICK
                                  Federal Defender
7
                                  /s/ Mary. M. French
8                                 _____
                                  MARY M. FRENCH
9                                 Supervising Assistant
                                  Federal Defender
10                                Attorney for Defendant
                                  WILLIAM DARNELL MOSLEY
11

12 Dated: October 16, 2008         MCGREGOR W. SCOTT
                                   United States Attorney
13
                                   /s/  Mary M. French for
14                                      William Wong
                                   _____
15                                 WILLIAM WONG
                                   Assistant U.S. Attorney
16                                 per telephonic authorization

17

18
IT IS SO ORDERED.
19
Dated: October 17, 2008
20

21

22                                 _____
                                   FRANK C. DAMRELL, JR.
                                   United States District Judge
23

24

25

26

27

28

Stipulation and Order            -2-