```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  WILLIAM DARNELL MOSLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-08-0175 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| WILLIAM DARNELL MOSLEY, | ) | Date: February 23, 2009 |
| | ) | Time: 10:00 a.m. |
| | ) | Judge: Frank C. Damrell, Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant WILLIAM DARNELL MOSLEY, that the Status Conference hearing date of January 6, 2009, be vacated and a new Status Conference hearing date of February 23, 2009, at 10:00 a.m. be set.

This continuance is requested because the parties are attempting to resolve the case but need additional time to examine the defendant's criminal history.

///

1    It is further stipulated that the period from January 6, 2009,
2 through and including February 23, 2009, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated: January 5, 2009                  Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary. M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        WILLIAM DARNELL MOSLEY

Dated: January 5, 2009                  MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Mary M. French for
                                             William Wong
                                        _____
                                        WILLIAM WONG
                                        Assistant U.S. Attorney
                                        per telephonic authorization


IT IS SO ORDERED.

Dated: January 5, 2009

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

Stipulation and Order                  -2-