```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  WILLIAM DARNELL MOSLEY
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,        )  NO. CR-S-08-0175 FCD
                                     )
13              Plaintiff,           )
                                     )  STIPULATION AND ORDER CONTINUING
14       v.                          )  STATUS CONFERENCE
                                     )
15  WILLIAM DARNELL MOSLEY,          )  Date:  March 23, 2009
                                     )  Time:  10:00 a.m.
16                                   )  Judge: Frank C. Damrell, Jr.
                Defendant.           )
17  _____  )
18
19       It is hereby stipulated between the parties, William Wong,
20  Assistant United States Attorney, attorney for plaintiff, and Mary M.
21  French, Supervising Assistant Federal Defender, attorney for defendant
22  WILLIAM DARNELL MOSLEY, that the Status Conference hearing date of
23  March 9, 2009, be vacated and a new Status Conference hearing date of
24  March 23, 2009, at 10:00 a.m. be set.
25       This continuance is requested because defense counsel needs more
26  time to go over the options with Mr. Mosley and to propose changes to
27  the plea agreement.
28  ///
```

It is further stipulated that the period from March 9, 2009, through and including March 23, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 6, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary. M. French*

MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
WILLIAM DARNELL MOSLEY

Dated: March 6, 2009

LAWRENCE G. BROWN
Acting United States Attorney

*/s/  Mary M. French for
William Wong*

WILLIAM WONG
Assistant U.S. Attorney
per telephonic authorization

IT IS SO ORDERED.

Dated: March 6, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order -2-