1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  WILLIAM DARNELL MOSLEY

7

8                    IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        )  NO. CR. S-08-0175 FCD
                                    )
13                 Plaintiff,       )
                                    )  STIPULATION AND ORDER CONTINUING
14      v.                          )  STATUS CONFERENCE
                                    )
15 WILLIAM DARNELL MOSLEY,          )  Date:  June 1, 2009
                                    )  Time:  10:00 a.m.
16                                  )  Judge: Frank C. Damrell, Jr.
                   Defendant.       )
17                                  )
   _____
18

19      It is hereby stipulated between the parties, William Wong,

20 Assistant United States Attorney, attorney for plaintiff, and Mary M.

21 French, Supervising Assistant Federal Defender, attorney for defendant

22 WILLIAM DARNELL MOSLEY, that the Status Conference hearing date of

23 May 18, 2009, be vacated and a new Status Conference hearing date of

24 June 1, 2009, at 10:00 a.m. be set.

25      This continuance is requested because U.S. Probation Officer

26 Thomas H. Brown needs additional time to complete the pre-plea PSR and

27 defense counsel will need time to review the report with Mr. Mosley.

28 ///

1    It is further stipulated that the period from May 18, 2009,

2 through and including June 1, 2009, should be excluded pursuant to

3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

4 counsel and defense preparation.

5 Dated: May 13, 2009                Respectfully submitted,

6                                    DANIEL J. BRODERICK
                                     Federal Defender
7
                                     /s/ Mary. M. French
8                                    _____
9                                    MARY M. FRENCH
                                     Supervising Assistant
                                     Federal Defender
10                                   Attorney for Defendant
                                     WILLIAM DARNELL MOSLEY
11

12 Dated: May 13, 2009               LAWRENCE G. BROWN
                                     Acting United States Attorney
13
                                     /s/  Mary M. French for
14                                         William Wong
15                                   _____
                                     WILLIAM WONG
16                                   Assistant U.S. Attorney
                                     per telephonic authorization
17

18 IT IS SO ORDERED.

19 Dated: May 13, 2009

20                                   _____
21                                   FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28