```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  WILLIAM DARNELL MOSLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S-08-0175 FCD |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
|  | ) |
| WILLIAM DARNELL MOSLEY, | ) Date: June 15, 2009 |
|  | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant WILLIAM DARNELL MOSLEY, that the Status Conference hearing date of June 1, 2009, be vacated and a new Status Conference hearing date of June 15, 2009, at 10:00 a.m. be set.

This continuance is requested because U.S. Probation Officer Thomas H. Brown needs an additional two (2) weeks to complete the pre-plea PSR and defense counsel will need time to review the report with Mr. Mosley.

It is further stipulated that the period from June 1, 2009, through and including June 15, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 21, 2009  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary. M. French*
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
WILLIAM DARNELL MOSLEY

Dated: May 21, 2009  LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Mary M. French for William Wong*
_____
WILLIAM WONG
Assistant U.S. Attorney
per telephonic authorization

IT IS SO ORDERED.

Dated: May 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE